**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

In re:                                                                                    Case No.  9-10-bk-17157-BSS

Cynthia Denise Moore                                                      Chapter 13

      Debtor.
_____/

**ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION**
**OF ORDER GRANTING MOTION TO DISMISS CHAPTER 13 CASE**

THIS CASE came on for a hearing on December 8, 2011 upon the Debtor's Motion for Reconsideration of Order Granting Motion to Dismiss Chapter 13 Case.  For the reasons stated orally and recorded in open Court that shall constitute the decision of the Court, accordingly it is

**ORDERED, ADJUDGED** and **DECREED** as follows:

1. The Debtor's Motion for Reconsideration of Order Granting Motion to Dismiss Chapter 13 Case is hereby DENIED.

2. The Court's Order titled Trustee's Motion to Dismiss for Failure to Make Plan Payments to Trustee entered on October 27, 2011 shall in all respects remain in full force and effect.

**DONE** and **ORDERED** in Chambers at Ft. Myers, Florida on December 23, 2011.

_____
Barry S. Schermer
United States Bankruptcy Judge

Copies to be provided by CM/ECF service

JMW/KMB/sn                                                                                   C13T 12/13/11